**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6425**

─────────────

CASEY RAFAEL TYLER,

　　　　　Plaintiff - Appellant,

　　　v.

MS. LEARY, Food Service Manager; SHAUN FRAISURE; LATOYA ALBRIGHT, Polk's Assistant Superintendent of Programs,

　　　　　Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-ct-03030-M)

─────────────

Submitted:  May 30, 2024　　　　　　　　　　　　　Decided:  August 2, 2024

─────────────

Before GREGORY, HARRIS, and RICHARDSON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Casey Rafael Tyler, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to exhaust available administrative remedies, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and denying reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Tyler v. Leary*, No. 5:21-ct-03030-M (E.D.N.C. Mar. 27, 2023; Apr. 19, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*